IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH

MICHAEL J. CONVILLE                                                    PLAINTIFF

v.                              CASE No. 11-2246

SECRETARY ARNE DUNCAN
U.S. DEPARTMENT OF EDUCATION                                           DEFENDANT

### J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Plaintiff's Motion for Summary Judgment (Doc. 16) is DENIED AND Defendant's Motion for Summary Judgment (Doc. 18) is **GRANTED. The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 22nd day of June, 2012.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge